Monica Flood Brennan, ISB #5324
PO Box 1298
Coeur d'Alene, ID 83814
Telephone: (208) 771-7333
Mbrennanpc@outlook.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL ST. JOHN AND DAWN WORKMAN, a married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> KOOTENAI COUNTY, IDAHO; the KOOTENAI COUNTY SHERIFF'S OFFICE, BENJAMIN WOLFINGER, individually and in his official capacity as the Kootenai County Sheriff; Lieutenant Scott Maxwell individually and in his official capacity as a Kootenai County Lieutenant Sheriff; Vivienne Reynolds, individually and in her official capacity as the Kootenai County Sheriff Animal Control Officer; Shane Vrevich individually and in his capacity as a Kootenai County Sheriff Deputy; Michael Hanson, individually and in his capacity as a Kootenai County Sheriff Deputy; Craig Chambers, Individually and in his capacity as a Kootenai County Sheriff Deputy; Anthony Ghirarduzzi, Individually and in his capacity as a Kootenai County Sheriff Animal Control Officer; and JOHN/JANE DOES 1-10, individually and in their official capacities, <br><br> Defendants. | CASE NO. 2:22-CV-0074 <br><br> MOTION FOR LEAVE FOR ATTORNEY WITHDRAWAL |

COMES NOW attorney, Monica Flood Brennan, attorney for plaintiffs, and moves for leave to withdraw at attorney of record.  The grounds for this motion are that the clients have expressed that they do not wish the attorney to represent them any longer.  The attorney client relationship has broken down.

Dated this __1st__ day of November, 2022.

*/s/Monica Flood Brennan*
Monica Flood Brennan, ISB #5324
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of _November, 2022, I electronically filed the foregoing document with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Jennifer Fergert                                EServe
Attorney for Defendants

Dawn Workman                                E Mail
Daniel St. John
13108 Margishward Road
Post Falls, ID 83854
Danstjohn56@gmail.com

 */s/Monica Flood Brennan*_____
 Monica Flood Brennan